IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H.J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, WILLIAM MCCONNELL, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BENJAMIN CAPP, as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, <br><br>and, <br><br>JIM ALLEN, MATTHEW AQUILINE, LON BEST, JAMES BOLAND, TED CHAMP, RAYMOND CHAPMAN, VINCENT DELAZZERO, BRUCE DEXTER, JOHN FLYNN, EUGENE GEORGE, GREGORY HESS, FRED KINATEDER, DAN KWIATKOWSKI, KEN LAMBERT, SANTO LANZAFAME, DICK LAUBER, WILLIAM MCCONNELL, EDWARD NAVARRO, GERALD O'MALLEY, JOHN PHILLIPS, CHARLES RASO, MARK ROSE, KEVIN RYAN, GERARD SCARANO, MICHAEL SCHMERBECK, PAUL SONGER, JOSEPH SPERANZA, and FRED VAUTOUR, as Trustees of, and on behalf of, the INTERNATIONAL MASONRY INSTITUTE, <br><br>Plaintiffs, <br><br>v. <br><br>CMU CONSTRUCTION CO. INC., <br><br>Defendant. | C.A. No. 1:07-cv-01966 |

CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant, by undersigned counsel, moves for an enlargement of time to and including December 12, 2007 to file its response to the Complaint in this matter. The additional time is needed because the undersigned has only recently been engaged to represent Defendant.

Counsel for Plaintiffs has advised that the Plaintiffs have no objection to this motion.

                                                Respectfully submitted,

                                                    /s/

John R. Woodrum
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, DC   20037
Phone:  (202) 887-0855
Fax:  (202) 887-0866
john.woodrum@odnss.com


IT IS SO ORDERED.


_____
United States District Judge

5353323

2