IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:CV 07-01966 |
| ) | Hon. Ricardo M. Urbina |
| CMU CONSTRUCTION CO. INC, ) | |
| ) | |
| Defendant. ) | |

## JOINT REPORT UNDER LOCAL CIVIL RULE 16.3

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Plaintiffs and Defendant jointly submit the following report:

1. The parties believe that all or part of this case may be resolved by dispositive motion following discovery.

2. The parties believe that any other party should be joined or the pleadings amended within 45 days after the issuance of the Court's scheduling order. The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed.

3. The parties do not wish to have this case referred to a Magistrate for all purposes.

4. The parties believe that there is a possibility that the case can be settled.

5. Counsel have discussed alternative dispute resolution with their clients and do not wish to participate in alternative dispute resolution procedures at this time.

6. The parties believe that all or part of the case may be resolved by summary judgment. The parties propose the following schedule: Dispositive motions should be filed by

2369376

June 30, 2008; opposing memoranda should be filed by July 31, 2008; and reply briefs should be filed by August 22, 2008.

7. The parties wish to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8. The parties believe that discovery is required. The parties desire until May 30, 2008 for the completion of discovery.

9. The parties do not anticipate the use of expert witnesses in this case. However, the parties reserve the right to name expert witnesses at a later date if need arises.

10. Not applicable (as to class actions).

11. The parties agree that the trial and discovery should not be bifurcated or managed in phases.

12. The parties agree that the date of the pretrial conference should be 30 days after dispositive motions are decided.

13. The parties agree that the Court should set a firm trial date at the pretrial conference.

2369376

14. The parties do not believe that there are other matters appropriate for inclusion in the scheduling order.

Dated: January 10, 2008

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
T:  (202) 420-2234
F:  (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.


By: _____/s_____
John R. Woodrum, DC Bar
   OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
2400 N Street, Fifth Floor
Washington, DC 20037
T:  (202)887-0800
F:  (202) 887-0866

Attorneys for Defendant
CMU Construction Co. Inc.

2369376