IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:CV 07-01966 |
| ) | Hon. Ricardo M. Urbina |
| CMU CONSTRUCTION CO. INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION TO DEFER STATUS CONFERENCE AND MODIFY THE
SCHEDULING ORDER,
AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

1.  Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), and Defendants, CMU Construction Co., Inc. ("CMU Construction"), by their attorneys, hereby jointly move to defer the January 22, 2007 status conference scheduled in this matter for 60 days and to modify the existing scheduling order because the parties are currently reviewing an audit of Defendant's books and records and request time to finalize the review. Resolution of the audit could obviate the need to pursue this lawsuit. In support of this motion, the parties state as follows:

2.  On January 11, 2008, the Court issued an Order in this matter setting the following deadlines: (a) January 22, 2008 for a status conference; (b) May 30, 2008 for the end of discovery; (c) June 30, 2008 for the filing of dispositive motions; (d) July 31, 2008 for the filing of oppositions to dispositive motions; and (e) August 22, 2008 for replies to dispositive motions.

2381849

3. Plaintiffs are currently reviewing an audit conducted on Defendant's books and records in light of issues raised by Defendant. Because this audit review may lead to a resolution of this matter, the parties seek to defer the status conference for sixty (60) days.

4. No pretrial conference or trial date has been scheduled in this matter. To the extent that the parties cannot reach agreement leading to the dismissal of this case, the parties request that the scheduling order be modified as follows: (a) March 21, 2008, or a day convenient for the court for a status conference; (b) July 31, 2008 for the end of discovery; (c) August 29, 2008 for the filing of dispositive motions; (d) September 30, 2008 for the filing of oppositions to dispositive motions; and (e) October 21, 2008 for replies to dispositive motions.

5. On November 28, 2007, the Court issued an Order in this matter granting Defendant's Consent Motion for Extension of Time to File Answer.

6. For the foregoing reasons, the parties, therefore, jointly move this Court for an order modifying the Scheduling Order in this case such that the status conference set therein shall be deferred by 60 days, and if the case is not dismissed prior to that time, the proposed modified schedule should be adopted.

Respectfully submitted,

Dated: January 18, 2008    By: _____/s_____

Ira R. Mitzner, DC Bar No. 184564
 DICKSTEIN SHAPIRO LLP
 1825 Eye Street, NW
 Washington, DC  20006
 T:  (202) 420-2234
 F:  (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.


By: _____/s_____

John R. Woodrum, DC Bar
 OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
 2400 N Street
 5th Floor
 Washington, DC 20037
 T:  (202) 887-0800
 F:  (202) 887-0866

Attorneys for Defendant
CMU Construction Co. Inc.

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:CV 07-01966 |
| | ) Hon. Ricardo M. Urbina |
| CMU CONSTRUCTION CO. INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Defer Status Conference and Modify the Scheduling Order and Incorporated Memorandum in Support Thereof in this action, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby **ORDERED** that the Joint Motion be, and it hereby is, **GRANTED,** and

**FURTHER ORDERED**, that (i) a status conference will be held of March 21, 2008, or a day convenient to the court, (ii) discovery shall be completed by July 31, 2008, (iii) dispositive motions shall be due by August 29, 2008, (iv) dispositive motion oppositions shall be due by September 30, 2008, and (v) dispositive motion replies shall be due by October 21, 2008.

**SO ORDERED**, this _____ day of _____, 2008.

_____
Ricardo M. Urbina
United States District Court Judge

2381907

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:CV 07-01966 |
| ) | Hon. Ricardo M. Urbina |
| CMU CONSTRUCTION CO., INC., ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, DC 20006-5403
    Telephone: (202) 340-2200
    Facsimile: (202) 420-2201

    John R. Woodrum
    Ogletree, Deakins, Nash, Smoak
      & Stewart, P.C.
    2400 N Street
    5th Floor
    Washington, DC 20037
    Telephone: (202) 887-0800
    Facsimile: (202) 887-0866

2382170