IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:CV 07-01966 |
| ) | Hon. Ricardo M. Urbina |
| CMU CONSTRUCTION CO. INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SECOND JOINT MOTION TO DEFER STATUS CONFERENCE AND MODIFY
THE SCHEDULING ORDER,
AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

1. Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), and Defendants, CMU Construction Co., Inc. ("CMU Construction"), by their attorneys, hereby jointly move to defer the March 20, 2008 status conference scheduled in this matter for 60 days and to modify the existing scheduling order because the parties need additional time to review recently transmitted documents pertaining to a rebuttal of the audit of Defendant's books and records and request time to finalize the review. Resolution of the audit could obviate the need to pursue this lawsuit. In support of this motion, the parties state as follows:

2. On January 18, 2008, the Court issued an Order in this matter setting the following deadlines: (a) March 20, 2008 for a status conference; (b) July 31, 2008 for the end of discovery; (c) August 29, 2008 for the filing of dispositive motions; (d) September 30, 2008 for the filing of oppositions to dispositive motions; and (e) October 21, 2008 for replies to dispositive motions.

2410369

3. Plaintiffs are need additional time to review recently transmitted documents necessary to fully address points raised in Defendant's rebuttal to an audit conducted on Defendant's books and records. Because this audit review may lead to a resolution of this matter, the parties seek to defer the status conference for sixty (60) days.

4. No pretrial conference or trial date has been scheduled in this matter. To the extent that the parties cannot reach agreement leading to the dismissal of this case, the parties request that the scheduling order be modified as follows: (a) May 21, 2008, or a day convenient for the court for a status conference; (b) September 30, 2008 for the end of discovery; (c) October 31, 2008 for the filing of dispositive motions; (d) November 28, 2008 for the filing of oppositions to dispositive motions; and (e) December 19, 2008 for replies to dispositive motions.

5. On November 28, 2007, the Court issued an Order in this matter granting Defendant's Consent Motion for Extension of Time to File Answer. On January 18, 2008 the Court issued an order in this matter granting the parties' Joint Motion for Extension of Time to Defer Status Conference and Modify the Scheduling Order. The parties believe that the additional time now sought will be sufficient to finalize that review.

6. For the foregoing reasons, the parties, therefore, jointly move this Court for an order modifying the Scheduling Order in this case such that the status conference set therein shall be deferred by 60 days, and if the case is not dismissed prior to that time, the proposed modified schedule should be adopted.

2410369

Respectfully submitted,

Dated: March 18, 2008

By: _____/s_____

Ira R. Mitzner, DC Bar No. 184564
 DICKSTEIN SHAPIRO LLP
 1825 Eye Street, NW
 Washington, DC  20006
 T:  (202) 420-2234
 F:  (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.


By: _____/s_____

John R. Woodrum, DC Bar
 OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
 2400 N Street
 5th Floor
 Washington, DC 20037
 T:  (202) 887-0800
 F:  (202) 887-0866

Attorneys for Defendant
CMU Construction Co. Inc.

2410369

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:CV 07-01966 |
| ) | Hon. Ricardo M. Urbina |
| CMU CONSTRUCTION CO. INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of the Parties' Second Joint Motion to Defer Status Conference and Modify the Scheduling Order and Incorporated Memorandum in Support Thereof in this action, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby **ORDERED** that the Joint Motion be, and it hereby is, **GRANTED,** and

**FURTHER ORDERED**, that (i) a status conference will be held of May 21, 2008, or a day convenient to the court, (ii) discovery shall be completed by September 30, 2008, (iii) dispositive motions shall be due by October 31, 2008, (iv) dispositive motion oppositions shall be due by November 28, 2008, and (v) dispositive motion replies shall be due by December 19, 2008.

**SO ORDERED**, this _____ day of _____, 2008.

_____
Ricardo M. Urbina
United States District Court Judge

2410402

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CMU CONSTRUCTION CO., INC., <br><br> Defendants. | Case No. 1:CV 07-01966 <br> Hon. Ricardo M. Urbina |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro LLP
>1825 Eye Street, N.W.
>Washington, DC  20006-5403
>Telephone: (202) 340-2200
>Facsimile:  (202) 420-2201

>John R. Woodrum
>Ogletree, Deakins, Nash, Smoak
>  & Stewart, P.C.
>2400 N Street
>5th Floor
>Washington, DC 20037
>Telephone: (202) 887-0800
>Facsimile:  (202) 887-0866

2382170