IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CMU CONSTRUCTION CO., INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:CV 07-01966 <br> ) Hon. Ricardo M. Urbina <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties by their counsel stipulate to the dismissal with prejudice of this action against Defendant, CMU Construction Co, Inc. The parties have settled this matter, with the parties agreeing to bear their own attorneys' fees and costs.

Dated: May 21, 2008

Respectfully submitted,

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201
Attorneys for Plaintiffs
John Flynn, et al.

By: _____/s_____
John R. Woodrum, DC Bar
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
2400 N Street, 5th Floor
Washington, DC 20037
T: (202) 887-0800
F: (202) 887-0866
Attorneys for Defendant
CMU Construction Co. Inc.

2443729

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CMU CONSTRUCTION CO., INC., )<br>)<br>Defendants. )<br>) | Case No. 1:CV 07-01966<br>Hon. Ricardo M. Urbina |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, DC 20006-5403
    Telephone: (202) 340-2200
    Facsimile: (202) 420-2201

    John R. Woodrum
    Ogletree, Deakins, Nash, Smoak
     & Stewart, P.C.
    2400 N Street
    5th Floor
    Washington, DC 20037
    Telephone: (202) 887-0800
    Facsimile: (202) 887-0866

2382170

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CMU CONSTRUCTION CO., INC., )<br><br>Defendants. ) | Case No. 1:CV 07-01966<br>Hon. Ricardo M. Urbina |

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

Upon consideration of the attached Stipulation of Dismissal With Prejudice filed by the parties in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendants, it is this _____ day of _____, 2008 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed with prejudice.

_____
Ricardo M. Urbina
United States District Court Judge

2443763