IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., ) | FILED |
| ) | MAY 2 3 2008 |
| Plaintiffs, ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| v. ) | Case No. 1:CV 07-01966 |
| ) | Hon. Ricardo M. Urbina |
| CMU CONSTRUCTION CO., INC., ) |  |
| ) |  |
| Defendants. ) |  |

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

Upon consideration of the attached Stipulation of Dismissal With Prejudice filed by the parties in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendants, it is this 23 day of May, 2008 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed with prejudice.

_____
Ricardo M. Urbina
United States District Court Judge

2443763